IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CALVIN D. JUDKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 2:06-cv-176-WHA |
| | )          [WO] |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | |

## OPINION

On June 11, 2007, a United States Magistrate Judge recommended that the decision of the Commissioner be affirmed in this case. (Doc. # 25). Plaintiff has not filed any objections to the Recommendation. After independent and de novo review of the record, the court concludes that the *Recommendation* should be adopted.

An appropriate judgment will be entered.

Done this 27th day of June, 2007.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE